UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Gregory Gaylor

      v.                    Civil No. 05-cv-339-SM

President of the United States, et al


R E C U S A L   O R D E R

Given plaintiff's assertion that my former law partners and friends, John Funk and Michael Callahan, have some involvement in his case, it should be reassigned. I hereby recuse myself.

SO ORDERED.


January 12, 2006                        _____
                                            Steven J. McAuliffe
                                            Chief Judge


cc:    Gregory A. Gaylor, pro se