```
             UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

<u>Gregory A. Gaylor</u>

    v.                    Civil No. 05-cv-339-PB

<u>George W. Bush, et al</u>

___

### ORDER

Re: Document No. 1, Petition for Writ of Habeas Corpus

Ruling: The clerk shall set a hearing on the petition. The respondent shall be prepared to explain what action, if any, the state court has taken with respect to the motion to stay. It shall also be prepared to demonstrate that petitioner will be entitled to release and an opportunity to leave the United States before any effort is made to impose the sentence on the tax charge.

                                                <u>/s/ Paul Barbadoro</u>
                                                Paul Barbadoro
                                                U.S. District Judge

Date:  March 12, 2006

cc:   Gregory A. Gaylor, pro se
      Peter Papps, Esq.
      Simon Brown, Esq.