UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Gregory Alan Gaylor

    v.                                  Civil No. 05-cv-339-PB

United States of America,
President, et al.

**O R D E R**

Petitioner moves to enjoin Respondent Commissioner of the New Hampshire Department of Corrections from interfering with telephone and mail communication with his Swiss counsel. The motion has been referred to me for a Report and Recommendation. An evidentiary hearing is scheduled for May 9, 2006 at 10:00 a.m.[1]

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: April 18, 2006

cc:    Gregory A. Gaylor, *pro se*
        Peter E. Papps, Esq.
        Simon R. Brown, Esq.

---

[1] The inmate request slips dated 7/12/05, 1/5/05, 2/3/05, 4/4/05 and 2/28/05 as scanned are largely unreadable and should be produced in hard copy at the hearing.