**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Gregory Alan Gaylor

    v.                                                        Civil No. 05-cv-339-PB

United States of America,
President, et al.

**O R D E R**

    Pursuant to the stipulation entered into on the record by the parties on May 9, 2006, the New Hampshire Department of Corrections shall permit the Plaintiff to make three to five telephone calls to his legal counsel in Switzerland, at his own expense, over the next few months.  Plaintiff will resume using the prison's mail system to communicate in writing with his Swiss counsel, and Plaintiff will inform his counsel that all envelopes containing correspondence for Plaintiff must be clearly marked "privileged attorney-client communications."  Plaintiff's motion for a preliminary injunction (document no. 28) is moot.

    **SO ORDERED.**

                                            /s/ James R. Muirhead
                                            James R. Muirhead
                                            United States Magistrate Judge

Date: May 9, 2006

cc:   Gregory A. Gaylor, <u>pro</u> <u>se</u>
      Peter E. Papps, Esq.
      Simon R. Brown, Esq.