UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Gregory A. Gaylor</u>

    v.                          Civil No. 05-cv-339-PB

<u>United States of America,
President, et al</u>


<u>ORDER</u>

Re: Document No. 46, Status Report

Ruling: On May 12, 2006, a justice of the New Hampshire Superior Court entered an order awarding the petitioner all of the relief to which he could possibly be entitled under the United States – Switzerland Extradition Treaty. Accordingly, I propose to dismiss the petition unless, on or before June 15, 2006, the petitioner shows cause as to why it should not be dismissed.


                                          <u>/s/ Paul Barbadoro</u>
                                          Paul Barbadoro
                                          U.S. District Judge

Date:  May 22, 2006

cc:   Gregory A. Gaylor, pro se
      Peter E. Papps, Esq.
      Simon R. Brown, Esq.